# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

161885

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

BARBARA SAMPSON,
          Plaintiff-Appellant,

v

SHOREPOINTE NURSING CENTER, a/k/a
WBH NCC #1, LLC,
          Defendant,

and

GREAT LAKES PHYSIATRISTS, PC, and
ANTHONY FEMMININEO, M.D.,
          Defendants-Appellees.

_____/

SC: 161885
COA: 346927
Macomb CC: 2018-003328-NH

      On order of the Court, the application for leave to appeal the July 16, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



b0512

Clerk